Michael TIMMS, Plaintiff—Appellant,

v.

T. ROSEN, New Folsom State Prison; et al., Defendants—Appellees.

No. 03–16341.

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 26, 2004.

Michael Timms, Vacaville, CA, pro se.

Before: O'SCANNLAIN, RYMER and BEA, Circuit Judges.

MEMORANDUM **

Michael Timms appeals pro se the district court's judgment dismissing with prejudice his 42 U.S.C. § 1983 action pursuant to 28 U.S.C. § 1915A(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed the action because Timms' amended complaint did not allege facts showing that he

---

was disciplined without due process of law, or that the discipline imposed amounted to atypical and significant hardship. *See Wolff v. McDonnell,* 418 U.S. 539, 563–70, 94 S.Ct. 2963, 41 L.Ed.2d 935 (1974) (holding that a prisoner facing disciplinary charges must receive timely written notice, an opportunity to present evidence, and legal assistance if appropriate); *Resnick,* 213 F.3d at 448 (explaining that "a prisoner possesses a liberty interest under the federal constitution when a change occurs in confinement that imposes an atypical and significant hardship ... in relation to the ordinary incidents of prison life").

Timms' motion for appointment of counsel is denied.

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Morgan ROSE, Defendant—Appellant.**

No. 03–30241.

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2004.*

Decided April 26, 2004.

Before: O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.